# Office of the Standing Chapter 13 Trustee
## Marianne DeRosa
115 Eileen Way, Suite 105
Syosset, New York 11791
516-622-1340 Telephone

**Payments**
P.O. Box 2178
Memphis, TN 38101-2178

December 5, 2012

U.S. Bankruptcy Court
Long Island Federal Courthouse
Attn: Max Bonga, Financial Clerk
290 Federal Plaza
Central Islip, NY 11722-4437

Re:   Alice Zilelian
      Chapter 13 Case No: 12-40866-JF

Dear Max:

With reference to the above-captioned bankruptcy case, enclosed please find my Chapter 13 Trustee check no. 789167 in the sum of $2,750.00. This check represents unclaimed dividends or an unclaimed refund due to:

Alice Zilelian
69-95 113th Street
Forest Hills, NY 11375

All returned and cancelled checks must be retained by this office for future reference by either creditor inquiries, debtor inquiries or by my auditors. Additionally, it is impossible to provide an original bank statement indicating a stop payment or cancelled check on every returned check by creditors under my Chapter 13 Trustee distribution. When available, a photo static copy of a returned or cancelled check will be attached hereto.

Thank you for your courtesy and cooperation.

Very truly yours,

Marianne DeRosa, Trustee

MDR/vk
Enclosure